UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON'S WEST LLC.,<br><br>Defendant. | NO: 2:20-CR-0142-TOR-3<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
|---|---|

BEFORE THE COURT is the government's oral Motion to Dismiss Indictment Without Prejudice. The Court has considered the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

//

//

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's oral Motion to Dismiss Indictment Without Prejudice is **GRANTED**.

2. Any pending motions are **DENIED as moot** and all pending hearing and trial dates are stricken from the Court's calendar.

3. The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

DATED March 17, 2022.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 2